WRENN *et al.,* executors, *v.* ATLANTA TRUST COMPANY, executor.

ATKINSON, Presiding Justice. The exception is to a judgment of the superior court refusing a motion to retax costs. The fundamental question is whether the case in the trial court was one in equity or at common law. A secondary question is whether there was an abuse of discretion

in apportionment of costs. Other branches of the same case involving similar questions were decided by this court adversely to the plaintiff in error. *Hicks* v. *Atlanta Trust Co.*, 187 *Ga.* 314 (200 S. E. 301), and *Hicks* v. *Atlanta Trust Co.*, 187 *Ga.* 623 (1 S. E. 2d, 669). *Held:*

1. Under application of principles stated in the decisions cited, the case in the trial court was in equity.
2. The case being in equity, the Supreme Court has jurisdiction of the writ of error.
3. It does not appear that the order apportioning the costs was an abuse of discretion. Accordingly there was no error in refusing the motion to retax the costs. *Judgment affirmed. All the Justices concur.*

No. 12604. MARCH 8, 1939.

*E. L. Douglas,* for plaintiffs in error.
*Alston, Foster, Moise & Sibley* and *Henry J. Miller,* contra.